PATRICIA BARBOSA, Esq. (SBN 125865)
BARBOSA GROUP
201 Avenida Salvador
San Clemente, CA 92672
Tel: (949) 369-9006
Fax: (949) 369-1060
Barbosagrp@aol.com

JORDON METZ, Esq. (SBN 167355)
MARGARET BYRNE IKEDA, Esq. (SBN 222303)
GOODMAN & METZ
17043 Ventura Blvd.
Encino, CA 91316
Tel: (818) 386-2889
Fax: (818) 986-2889
Jordon@goodmanmetz.com
Maggie@goodmanmetz.com

Attorneys for Plaintiff
HOLLYN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDWAY MOTORSPORTS INC.; SPEEDWAY SONOMA LLC; COMPASS GROUP USA, INC. doing business as COMPASS GROUP FOODSERVICE; INTERNATIONAL SPEEDWAY, INC.; MOTORSPORTS AUTHENTICS, LLC; And DOES 1 through 35, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 3:08-cv-04691-VRW<br><u>Civil Rights</u><br><br>Chief Judge Vaughn R. Walker<br>Courtroom 6, 17th Floor<br><br>**STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR DEFENDANT MOTORSPORTS AUTHENTICS, LLC**<br><br>Related Action:<br>*Skaff v. Speedway Motorsports, Inc. et al*<br>(Case No. 3:08-cv-04229-VRW) |

/ / /

/ / /

/ / /

/ / /

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR
DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04691-VRW
PStiptoSub-Motorsports.doc

— 1 —

The parties to this action, through their respective attorney, stipulate and agree as follows:

(1) Defendant, MOTORSPORTS AUTHENTICS, LLC, is no longer a party to this action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who is the proper defendant;

(2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in place of MOTORSPORTS AUTHENTICS, LLC.

(3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: _____, 2008

JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: Dec 3, 2008

JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Chief Judge Vaughn R. Walker
United States District Judge

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04691-VRW

— 2 —

1  The parties to this action, through their respective attorney, stipulate and agree as
2  follows:
3  (1) Defendant, MOTORSPORTS AUTHENTICS, LLC, is no longer a party to this
4  action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who
5  is the proper defendant;
6  (2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in
7  place of MOTORSPORTS AUTHENTICS, LLC.
8  (3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual
9  notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED
PARTNERSHIP

Dated: 12/5, 2008

KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

Chief Judge Vaughn R. Walker
United States District Judge

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-0006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR
DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04691-VRW

2

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

The parties to this action, through their respective attorney, stipulate and agree as follows:

(1) Defendant, MOTORSPORTS AUTHENTICS, LLC, is no longer a party to this action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who is the proper defendant;

(2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in place of MOTORSPORTS AUTHENTICS, LLC.

(3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: Dec. 10, 2008

DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

ORDER

IT IS SO ORDERED.

Dated: 12/23/08

_____
Chief Judge
United States

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04691-VRW
F3StpteSub-Motorsports
- 2 -